IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME COFFEE, | ) | |
| | ) | Civil Action No. 12 – 163E |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND BURKHART et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 28th day of May, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that the custodian of the inmate account of Jerome Coffey is to immediately stop making any withdrawals from that account to pay the filing fee of $350.00 for **Civil Action No. 12 – 163E.**

									_Maurice B. Cohill, Jr._
									Maurice B. Cohill, Jr.
									Senior United States District Court Judge

cc:
Jerome Coffey
AS-1558
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698

Custodian of Inmate Accounts
Inmate Accounting Office
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA