IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME COFFEE, | ) | |
| | ) | Civil Action No. 12 – 163E |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND BURKHART et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 28th day of May, 2014, having received the Defendants' Response to Plaintiff Jerome Coffey's Motion to Withdraw Settlement Agreement, which has attached to it as Exhibit D the parties' signed Settlement Agreement and Release of All Claims, it is hereby ORDERED, ADJUDGED, AND DECREED that this case has been settled and the Clerk of Court shall mark this case CLOSED.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Court Judge

cc:
Jerome Coffey
AS-1558
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698